**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LOREN GIEBRECHT, Derivatively on behalf of L & L ENERGY, INC., | ) ) ) | 3:13-cv-00697-HDM-WGC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| DICKSON V. LEE, SYD S. PENG, JINGCAI YANG, JAMES SCHAEFFER, and JOSEPH BORICH, | ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| L & L ENERGY, INC., | ) ) | |
| Nominal Defendant. | ) ) | |

    Pursuant to the plaintiff's notice of voluntary dismissal
(#28), this action is hereby **DISMISSED WITH PREJUDICE.**

    IT IS SO ORDERED.

    DATED: This 10th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE